# CLAIM CHART

## U.S. PATENT NO. 7,980,998 – CLAIM 1

| Claimed Limitation | Patent Specification | Corresponding Structure in Accused Systems – Fitbit LLC |
|---|---|---|
| 1. A personal device for measuring a training activity of a trainee having a body part which moves and changes its location and orientation, during said training activity, this movement at least partially defining said training activity, said device comprising: |  | Fitbit sells the Fitbit Versa 4. The Fitbit Versa 4 is a wearable training device and watch that can track a user's exercise activities.<br><br><br><br>**Source:** (Fitbit Versa 4 Product Page) |



**Source:** (Fitbit Versa 4 Features)

| (a) a sensing unit adapted to repeatedly measure, during said training activity, parameters associated with the movement of said body part and characterizing the location and orientation of said body part relative to its initial location and orientation, | "The device is particularly useful for **automatic measuring repetitive activity**, in which case said processor may be adapted to calculate the periodicity of said activity based on parameters received from the sensing unit." Col. 4 ll. 27-30 | The Fitbit Versa 4 contains sensors, comprising a sensing unit, within the watch body of the device. The Fitbit Versa 4 can detect different swimming strokes, implying that it can track the position and orientation of the trainee's arm as it moves along with the device.<br><br><br><br>**Source**: (Fitbit Versa 4 Review)<br><br>Which strokes can I use to swim with my Fitbit device?<br><br>Swim using any of the 4 most common strokes (freestyle, backstroke, breaststroke, and butterfly). For best results, we recommend swimming freestyle.<br><br>**Source**: (Fitbit Help Center - How do I track swims with my Fitbit device?) |

| | | |
|---|---|---|
| and wherein said sensing unit comprising at least accelerometer means, |  | The Fitbit Versa 4 contains an accelerometer.<br><br><br><br>**Source**: (Fitbit Versa 4 Specs)<br><br>**Source**: (Fitbit Help Center - How does my Fitbit device calculate my daily activity?) |

| | | |
|---|---|---|
| a compass and | | The Fitbit Versa 4 contains a compass.<br><br>**Source**: (Fitbit Versa 4 Review) |
| optionally gyroscope means, | | The Fitbit Versa 4 contains a gyroscope.<br><br>**Source**: (Fitbit Versa 4 Review) |



| | | |
|---|---|---|
| said accelerometer means being adapted to measure linear acceleration of said body part along three axes, | <br>FIG. 2B | The Fitbit Versa 4 contains a 3-axis accelerometer.<br><br>**Sensors & Components**<br>- Multi-path optical heart rate sensor<br>- Red and infrared sensors for oxygen saturation (SpO2) monitoring<br>- Altimeter<br>- **3-axis accelerometer**<br>- Ambient light sensor<br>- NFC<br>- Built-in GPS + GLONASS<br>- Vibration motor<br>- Speaker (75dB SPL @10cm)<br>- Microphone<br>- WiFi (deactivated, cannot be turned on)<br>- Device temperature sensor (skin temperature variation available in the Fitbit app)<br><br>**Source**: (Fitbit Versa 4 Specs) |
| said gyroscope means being adapted to measure angular acceleration of said body part around said three axes, and said parameters being at least linear and angular acceleration values; |  | The Fitbit Versa 4 can detect stroke types while the user is swimming, which implies that the gyroscope in the Fitbit Versa 4 tracks angular acceleration along three axes. This is accomplished either by the Fitbit Versa 4's gyroscope being three axis, or through it being adapted to measure three-axis angular acceleration through combining data with the 3D compass.<br><br>Which strokes can I use to swim with my Fitbit device?<br><br>Swim using any of the 4 most common strokes (freestyle, backstroke, breaststroke, and butterfly). For best results, we recommend swimming freestyle.<br><br>**Source**: (Fitbit Help Center - How do I track swims with my Fitbit device?) |

| | | |
|---|---|---|
| means for attaching the sensing unit to said body part; and | <br>FIG. 2A | The Fitbit Versa 4 is attached to a trainee's arm by way of the watch band. The sensing unit is contained within the Fitbit Versa 4 in the body of the watch. The watch band attaches the watch body to the user's arm.<br><br>**Materials**<br>This watch includes a band made of a flexible material similar to that used in many sports watches, as well as an aluminum watch case and buckle.<br>Learn more about wear and care tips here.<br><br>**Band Size**<br>Small<br>• Fits wrist 5.1" - 7" in circumference<br>Large<br>• Fits wrist 6.5" - 8.6" in circumference<br>Dimensions<br>• 1.5in l x 1.5in w x 0.45in h<br><br>**Source**: (Fitbit Versa 4 Specs) |
| a processor adapted to receive from the sensing unit said parameters, and to calculate based thereon, data indicative of said training activity, said data including at least the location and orientation of said body part for each of the measurements. |  | The Fitbit Versa 4 contains a processor within the body of the watch. The processor receives and calculates position and orientation data based on the training activity, which allows the Fitbit Versa 4 to track the training activity.<br><br>**Automatic exercise tracking**<br>Auto-detects when you're exercising and records your stats in the app.<br><br>**Exercise modes**<br>Track your favorite exercises like runs, bike rides, weights, yoga & more and get live stats on your wrist.<br><br>**Source:** (Fitbit Versa 4 Features)<br><br>How does my Fitbit device count steps taken?<br>Fitbit devices use a 3-axis accelerometer to count your steps. This sensor also allows your device to determine the frequency, duration, intensity, and patterns of your movement.<br><br><br>**Source**: (Fitbit Help Center - How does my Fitbit device calculate my daily activity?) |