## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| CARDIACSENSE, LTD,<br><br>      Plaintiff,<br><br>v.<br><br>GOOGLE LLC.,<br><br>      Defendants. | CIVIL ACTION NO. 1:24-1505 |

### PLAINTIFF'S CERTIFICATE OF INTERSTED PERSONS

Plaintiff CARDIACSENSE LTD, certifies interested persons and discloses affected corporate entities.

**(1)** The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1. Cardiacsense LTD     - Plaintiff – No public or private corporate ownership.

2. Google LLC – Defendant - Plaintiff has not confirmed the percentage or extent of the ownership interest of the corporate entities that are named as defendants.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      Attorneys for Plaintiff                                  Joseph J. Zito

Submitted this 6th day of December, 2024.

                                Respectfully submitted,

                                */s/ Joseph J. Zito*
                                Joseph J. Zito
                                202-466-3500
                                jzito@dnlzito.com
                                **DNL ZITO**
                                1250 Connecticut Avenue, NW, Suite 700
                                Washington, DC 20036

                                *Attorney for Cardiacsense LTD*

## **CERTIFICATE OF SERVICE**

      Undersigned hereby certifies that on December 6, 2024 the foregoing *Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement* was filed with the Clerk of Court through the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record.

This 6th day of December, 2024.

                                Respectfully submitted,

                                */s/ Joseph J. Zito*
                                Joseph J. Zito

                                *Attorney for Cardiacsense LTD*